```
Vedder Price (CA), LLP
Brendan Dolan
bdolan@vedderprice.com
275 Battery Street, Suite 2464
San Francisco, California 94111
T: +1 415 749 9500
F: +1 415 749 9502

Attorneys for Defendant
BLUE SOFTWARE, LLC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUTOMATED MEDIA PROCESSING SOLUTIONS, INC. dba EQUILIBRIUM, a corporation, <br><br> Plaintiff, <br><br> v. <br><br> SCHAWK DIGITAL SOLUTIONS, INC., a business entity; BLUE SOFTWARE, LLC, a business entity, <br><br> Defendant. | Case No. 3:15-cv-05018-SI <br><br> **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS** <br><br> Date: May 13, 2016 <br> Time: 2:30 p.m. <br> Dept: Courtroom 1 <br> Judge: Hon. Susan Illston |

It is hereby stipulated by and between the parties, through their undersigned counsel, that the deadline for Defendant Blue Software, LLC ("Blue Software") to file a responsive pleading to the complaint shall be extended to March 25, 2016.

WHEREAS, this case was filed on November 2, 2015;

WHEREAS, Blue Software was recently served with the Summons and Complaint and recently retained counsel to assist it in defending against Plaintiff's claims;

WHEREAS, co-Defendant Schawk Digital Solutions, Inc., ("SDS") requested and was granted an extension of time to answer or otherwise plead up to and including March 25, 2016;

WHEREAS, Blue Software has not requested any prior extensions or continuances;

WHEREAS, the requested extension will not alter the date of any event or any deadline

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT 3:15-CV-05018-SI

1 already fixed by Court order; and

2 WHEREAS, the parties have agreed it would be advisable to extend the responsive pleading deadline to March 25, 2016 and request the Court's permission to do so.

IT IS SO STIPULATED.

Dated: March 16, 2016                VEDDER PRICE (CA), LLP

By: /s/ Brendan Dolan
    Brendan Dolan

Attorneys for Defendant
BLUE SOFTWARE, LLC

Dated: March 15, 2016                LAW OFFICES OF MICHAEL T. WELCH

By: [signature]
    Michel T. Welch

Attorney for Plaintiff
AUTOMATED MEDIA PROCESSING SOLUTIONS, INC., dba EQUILIBRIUM

CHICAGO/#2821212.1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
[signature] Judge Susan Illston

VEDDER PRICE (CA), LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -

STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT 3:15-CV-05018-SI